COUCH v. N.C. EMPLOYMENT SECURITY COMM.

No. 212PA88.

Case below: 89 N.C. App. 405.

Petition by defendant (ESC) for discretionary review pursuant to G.S. 7A-31 allowed 2 June 1988.

DANNA v. DANNA

No. 122P88.

Case below: 88 N.C. App. 680.

Petition by Teresa Debra Danna for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

DEPT. OF TRANSPORTATION v. CRAINE

No. 165P88.

Case below: 89 N.C. App. 223.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988. Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 2 June 1988.

GUY v. TOYOTA WORLD, INC.

No. 141P88.

Case below: 89 N.C. App. 153.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

HARPER v. MORRIS

No. 150P88.

Case below: 89 N.C. App. 145.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.